

# NUMBERS 13-22-00562-CV & 13-22-00598-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CIRRUS DESIGN CORPORATION
## D/B/A CIRRUS AIRCRAFT

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Order Per Curiam**

Relator Cirrus Design Corporation d/b/a Cirrus Aircraft has filed: (1) a Motion to Consolidate Petitions for Writ of Mandamus regarding our cause numbers 13-22-00562-CV and 13-22-00598-CV; and (2) an Emergency Motion for Temporary Relief in cause number 13-22-00598-CV. In the Motion to Consolidate Petitions for Writ of Mandamus, relator asserts that the petitions for writ of mandamus that it has filed in cause numbers 13-22-00562-CV and 13-22-00598-CV arise "from the same underlying litigation, involve the same operative facts, and raise nearly identical legal issues." Relator thus requests

that we consolidate these causes in the interest of judicial efficiency. In the Emergency Motion for Temporary Relief filed in cause number 13-22-00598-CV, relator requests that this Court stay the trial court's December 9, 2022 Order granting [Real Party in Interest] Jorgenson's Second Motion to Compel Responses to Second Set of Requests for Production during the pendency of the mandamus proceedings challenging that order.

The Court, having examined and fully considered these motions, concludes that they should be granted. Accordingly, we grant the Motion to Consolidate Petitions for Writ of Mandamus regarding our cause numbers 13-22-00562-CV and 13-22-00598-CV and we will consider these original proceedings as a consolidated case. We grant relator's Emergency Motion for Temporary Relief, and we order the trial court's order of December 9, 2022, compelling relator to respond to discovery, to be stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

PER CURIAM

Delivered and filed on the
11th day of January, 2023.